IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO: 3:09-CV-541-RJC-DCK

| | |
|---|---|
| O'MARR S. REID, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | )    **ORDER** |
| STATE OF NORTH CAROLINA, and | ) |
| ROBIN E. HUDSON, | ) |
| | ) |
|        Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Amend" (Document No. 7) and the "Motion to Join" (Document No. 8) filed on January 7, 2010 by O'Marr Reid (*pro se* "Plaintiff"). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having reviewed the record, the undersigned will **grant** the motions for the following reasons:

The *pro se* Plaintiff's motion to amend indicates that amendment is "necessary to further perfect suit at bar....by adding additional claims to said Complaint." The *pro se* Plaintiff's other motion, although styled as a "Motion to Join," merely lists various causes of action that Plaintiff wishes to add to his Complaint.

Rule 15(a) of the Federal Rules of Civil Procedure, as amended December 1, 2009, provides in relevant part that "a party may amend its pleading once as a matter of course within: (A) 21 days after serving it..." Fed.R.Civ.P. 15(a). Plaintiff's Complaint was filed on December 23, 2009. Hence, Plaintiff may amend his Complaint as of right at this time. In fact, the record reflects that Defendants have not even been served with process yet.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiff's "Motion to Amend" (Document No. 7) and "Motion to Join" (Document No. 8) are **GRANTED**.

Signed: January 11, 2010

David C. Keesler
United States Magistrate Judge