# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv541-RJC-DCK

| | |
|---|---|
| O'MARR S. REID,  )  <br>     Plaintiff,  )  <br>                                   )  <br>       v.                   )  <br>                                   )  <br> STATE OF NORTH CAROLINA and  )  <br> ROBIN E. HUDSON,  )  <br>     Defendants.  )  <br> _____) | **ORDER** |

**THIS MATTER** is before the Court sua sponte. On January 12, 2010, and January 22, 2010, this Court received unauthorized ex parte communications from the plaintiff. The communications took the form of a letter dated January 11, 2010, which the plaintiff describes as an "Ex Parte Information Statement," and January 19, 2010, which the plaintiff entitles "Ex Parte Intelligence Probe: #2." The letters both contain confusing and cryptic language, as well as coded messages based on shaded characters throughout the letter. See (attached exhibits)

Under the Code of Judicial Conduct for United States Judges, Canon 3(A)(4), a judge "should . . . neither initiate nor consider ex parte or other communications concerning a pending or impending proceeding." RZS Holdings AVV v. PDVSA Petrolea S.A., 506 F.3d 350, 357 (4th Cir. 2007). Our circuit has stated that "as a general rule, ex parte communications by an adversary party to a decision-maker in an adjudicatory proceeding are prohibited as fundamentally at variance with out conceptions of due process." Id. (internal quotation marks and citations omitted).

The Court will not allow further ex parte communications from plaintiff. The confusing and cryptic nature of the letter requires the Court to take the serious measure of issuing an injunction against the plaintiff, which will prohibit further ex parte communications with the Court.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff is hereby **ENJOINED** from any further ex parte communications with this Court.

2. Plaintiff shall be limited to filing pleadings, motions, and other papers with the Clerk of this Court pursuant to the Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina.

3. The Clerk of the Court shall file as attachments to this Order the two letters sent by plaintiff that are the cause of this Order.

**SO ORDERED**.

Signed: January 22, 2010

Robert J. Conrad, Jr.
Chief United States District Judge