# PLEIADES INT'L RESEARCH

1513 Old Hwy27* Mt. Holly* North Carolina* 28120
pleiadesx35@live.com
O'marr S. Reid Legal Specialist



Case #: <u>3:09cv541-c</u>
Attn: Honorable Judge R.J. Conrad
Room 210, Charles R. Jonas Building
401 W. Trade St.
Charlotte, North Carolina
28202

**To: Hon. J. Conrad,**

      This issuance contains an Ex Parte Information Statement in which is a separate confidential communication outside of the case so filed. Please read carefully, in addition, please notice instructions.

Sincerely,

      Respectfully delivered this the **11**[th], day of January 2010

O'marr S. Reid
Legal Specialist
1513 Old Hwy 27
Mt. Holly, North Carolina
28120

## EX PARTE INTELLIGENCE PROBE:

---------------------------☐ Align

**Arthur Rankin of 1511 Old Hwy27, Mt. Holly, NC 28120** has violated law by assisting in the forced restraint and defloration. Mr. Rankin has obtained Guardianship decision making rights by a communal courts informal process in ab sentia due to some supposed violation I have alleged to have committed. Mr. Rankin uses the Mt. Holly arbtration unit to proceed with his claims. Mr. Rankin has violated **NCGS Chapt. 14 Art. 7A of Crim Proc.** Further has violated **18 USC Chapt 77 §§§§§§ 1584; 1585; 1589; 1590; 1592; 1593A & 18 USC Chapt 109A §§§§ 2241; 2242; 2244; 2340A(c) of Fed., Crimes Proc.**

Me constitutional rights have been so violated as cited in the case of *Sean Farrell et al. v. Transylvania County Board of Edu. et al.,* **2009,** where Judge Jackson opined in pertinent part for the Court of Appeals that:

- Under both the Fourteenth Amendment to the federal constitution and the law of the land clause of the state constitution, there is a liberty interest in the integrity of the human body. Among the historic liberties so protected [by the Fifth and Fourteenth Amendments] was a right to be free from, and to obtain judicial relief for unjustified intrusions on personal security...

  To view this opinion click on the link so established and go to page 11, further, this case can be retrieved from the Lexis Nexus Network.

Further, in the case of *Deshaney v. Winnebago Cty. DSS* **489 U.S. 189 (1989),** where Court opined in pertinent part: [paraphrase] The Supreme Court recognized the bodily integrity interest of the 14th Amendment of U.S. Constitution.

Also, in the case of *Mills v. Rogers* **457 U.S. 291 (1982),** where Justice Powell opined for the Court in pertinent part that:

- The Court held that..., enjoy constitutionally protected liberty and privacy interests in deciding for themselves whether to submit to drug therapy...



Mr. Rankin drives a Gold or Champagne color car Alero. Mr. Rankin is a Black Male between the age of 40-45. Mr. Rankin works for the Sanitation Dept. for the City of Mt. Holly. Mr. Rankin is within the height of 5'6 and lb. 150 to 160. Mr. Rankin should be appropriately fined and restrained from further acts, in addition, the Order he obtain from the City of Mt. Holly should be immediately annulled or voided by the authority of **Rule 60(b); (d)(1)(2)(3) of Fed. Civ. Proc.** As stated, the Mt. Holly arbitration center did not notify



me of any pending action or proceeding, in addition, relief is warranted due to the fact that Mt. Holly Arbitration Center violated **42 USC 1983** by depriving me of the constitutional right of **5th & 6th & 14th Amendment of U.S. Constitution.**

Note that Mr. Rankin is not the only party of this corrupt cell. He is just a mere small time participant of a larger Unit and a beneficiary of their policies. Note offspring assets that engage in the Culture of popular America. He has over 7 *offspring* accounts in which he can furnish as a method to pay the fine so issued. Note that the Mt. Holly Arbitration centers have appointed more guardians in a type of trust, however, even I am having a hard time trying to unwind this mess. Also, a firm so named Moore&VanAllen LLC., and a Randal Phillips has been implicated within the State issue at bar of knowing exactly what's going on and the gross abuses.

Note that I have been accused by the *Military or Organizational Communal Courts* of planning to blow up the Supreme Court calling the action here a *dynamite charge or nitroglycerine charge* in which is now termed the Allen Charge Doctrine. The local communal court is saying that I have taken the issue from the State Court for a favorable charge in which is not true because the issues are to two bifurcated subject matters, in addition, there is a contradistinction between the issues. Further, I am told that I am violating law because the action here is considered a weapon of violence, however, I do maintain the right to sue according to **42 USC 1983; Rule 17(b) of Fed. Civ. Proc.**, in addition, if what is said is true, this Court would maintain the authority to re-examine according to **U.S. Constitution 7th Amendment.** Even though I may not be a citizen of the Town of Mt. Holly, in which I am considered an alien in which they say that I am not entitled to the rights because I am not a citizen, note that the Town is not sovereign, and though it may have autonomy in its policing power, however, I am a citizen of the State in which State Law and Constitution trumps local law. Even if the Mt. Holly Arbitration Center attempts to invoke that its judgment is sanctioned by a Gaston District or Superior Court Judge, note that me right constitutional rights of the **5th & 6th & 14th Amendment(s)** have still been violated. Even if they hold a hearing in ab sentia there has to be some cause in which no claim has been stated. How can I be deemed belligerent if I have not be notified of a proceeding from the beginning of this scandal? Your Honor, even though I consider such venires absurd and sanctionable, these people really hurt me..., seriously. I have never met the likes of such folk in all me days and such cruelty. They simply enjoy inflicting literal physical pain and I do good to find out what is going on. These are the type of things they say that allows them to further detain me.

The second violator is MacArthur Rankin of **1515 Old Hwy27 * Mt. Holly * N.C. 28120.** He is implicated in assisting Mr. Arthur Rankin make assignments of the human accounts they acquire, in other words, a chop shop. How he was appointed a Trustee over me I have no idea. The only thing I can think

of is that it is through the direct goverment of Mr. Arthur Rankin by appointment. MacArthur is about the age of **55 – 60; 130 to 135lbs; Height 5'6 – 5'7.** The charge against him should be conspiracy to commit a felony and same violations stipulated against Mr. Arthur Rankin. Mac drives four different cars. **1)** black Chevey S-10; **2)**




A gray Lincoln Town Car ( it is beside his red Nissan 280); **3)** an old model Chevy pick-up; **4)** Red Nissan 280.

Mr. MacArthur Rankin has 2 asset offspring accounts in which can be used to compensate for the damages so done. I also request for an restraining order that both Mr. Rankins be restrained from further coming into me home without permission.

There is another one apart of this ring named Scotty Terrence Reid in which resides at **1517 Old Hwy27 * Mt. Holly * NC 28120.** However, I have to explore more information on this one. He is believed to be selling parts in this chop shop, in addition, renting the parts out as well. I need the to feel the strong arm of the law that they may know that what they are doing is not right regarding taking parts from people without their permission to sell and rent out if the person has not so consented. Even if the Mt. Holly Arbitration Center is deemed to have seized said properties and transferred them to these blokes, there is a process in which it has not been so respected nor any business law or contract law regarding meeting of the minds etc. They must be stopped by any means necessary. They need to feel the

pain in order for them to stop. Being that they are apart of a larger syndicate of dealers in prominent positions, they may not fear this Court or its enforcement authority. But it must be done.

Judge Conrad, I would like to thank you so much. I have accomplished more here thus far than I have with the Gaston Court in 8yrs. They want even talk to me. Thank you so much.

O'marr S. Reid
Legal Specialist
1513 Old Hwy 27
Mt. Holly, North Carolina
28120

Attn: Hon. J. R. Conrad
Rm. 210 Charles Jonas Build.
401 W. Trade St.
Charlotte, North Carolina
28202

