# PLEIADES INT'L RESEARCH

1513 Old Hwy27* Mt. Holly* North Carolina* 28120
pleiadesx35@live.com
O'marr S. Reid Legal Specialist
Visit http://pleiadesintl.org/Riverbend_Tattle_Tale.aspx



TM ®

**Attn: Honorable Judge Conrad**
**Rm. 210 Charles Jonas Building**
401 W. Trade St.
Charlotte, North Carolina
28202

## EX PARTE INTELLIGENCE PROBE: #2

This intel is centered the criminal acts of a **Robbie Wayne & Christopher Lee Small** in which are brothers. Last known address is **510 Running Horse Pl. * Mt. Holly * N.C. * 28120**. Both are Caucasian males **Mr. R.S. is 24 & Mr. C.S. is 25**. Both are around the height of **5'8; lb 150 – 155**. Seen driving a black Jeep Wrangler.

The offense occurs from the violations of these said rules as **FOLLOWS:**

- **18 USC Chapt. 47 § 1028 Fraudulent ID Representation.**
- **18 USC Chapt. 47 § 1038 Giving False Information.**
- **18 USC Chapt. 101 § 2071 Concealment.**
- **18 USC Chapt. 95 § 1956(a)(1) Laundering.**
- **18 USC Chapt. 73 § 1510(a) Obstruction by delay.**
- **18 USC Chapt. 73 § 1506 Falsifying Information.**




These two blocks are members of an interregional over the counter securities and shares market.(at left is a pic of Robbie) **(1)** Both parties have entered into their network fraudulent information that I am a shareholder with Mr. R.S. in which is not true. Their has never been any intercourse over contract agreement of any sort, nor *tacitly* or *oral* agreement. However, because the brothers entered this information into their network I am harassed constantly( to left a pic of Robbie) as well as the defloration of me [ass]et account to help meet their expenses as well as payments to their trustees etc. **(2)** The brothers gave false information in which has injured me in addition to the testimony I so gave about the tenure at Belmont Abbey College. This is one of the Ale Oil

Repair groups that the students were sent to for their repairs. Because they gave this false information it further injured me because the school was collecting funds from me on their behalf in which I have on numerous occasions given testimony to the school as well as Gaston Court that intercourse of contract has ever existed between I and the brothers. However (to right aerial view of trailer park, home is 3rd trailer from top of the main Rd. If follow this main road, East Gaston High is directly further up the street S. Lane Rd.: note that I have circle the home.), the garnishments never ceased. **(3)** The brothers wrongfully concealed this fact, when the brothers rendered services for other members of the Riverbend West Creek Community and has had contractual intercourse agreements with those people as well as oral agreements. Because they concealed the facts the new mergers with those blokes of the West Creek community in which some of them became trustee officer, me [ass]et account faces constant defloration as for their payments and compensation etc. **(5)** This is money laundering because it is derived from their practice of executing fraudulent agreements that do not exist. **(6)** Their acts are obstructionist due to the fact of the constant delay for them to present exculpable evidence of the facts in which they know that no contract exist as for me being a partner ever. **(7)** The brothers new the information they have rendered is false. Further the Raycom Company also helps publish the claims of these over the counter interregional securities markets in which they are a major problem because they willfully assist bounty hunters to track supposed insolvent shareholders down for these various boards of these various cells. It is a big scam. I pray that this Court can put a stop to he  and his brother and stop the Raycom group as well for assisting in the fraudulent claims. Both use a colloquy english, alot of gibberish and fast talking. Can't make sense out of much of it, they do not know how to phrase sentences or use proper punctuation for readily common interpretation. Usually able to evade apprehension because they will go on an assignment readily for their representatives. I wish for me name to be cleared once and for all and for the harassment and garnishments to stop.

This network has many centrifugal hubs that invert to a centripetal core. Raycom Inc., has much invested in this network within its Charlotte hub. The members of the over the counter chop shop of securities and shares are so unprofessional and shrewed. Most of the members are highly dependent on remedials in which is their weakness as a unit or society. The hubs also furnish safe houses for the conveyance of jelly *rolls, highlight powdered* milk, Columbian *tea*, Afghan *cheese, etc.* The market of the imported goods is not what's being attacked, however, it is the officers because they are unethical and unprofessional, by neglecting investigatory skills such as authentication of unregistered shares etc., and the existence thereof. They don't care when they get it wrong because this same over the counter market is what is used to pay the employee's thereof their bonuses etc. I need the blokes to be erased from me record due to the fact they have caused me much harm and unnecessary trouble. I don't know who the brothers representative is, however, they were able to locate both colleges I attended through internal sources to gain contracts for the study abroad programs, however, in good faith I believe one to be a **David Childers of 730 Noles Dr. * Mt. Holly * NC * 28120 & Scott Roberts of 302 S. York St. * Gastonia * NC * 28120.** Raycom Inc., as well as Cox Media group. One of the brothers claim carriers was a Ben Thompson who worked for Cox Media group at its Charlotte hub as well as the Belmont Abbey study abroad program. I was being used as an entry so that they could set up contracts to increase their client base for the conveyances so stipulated. I was even being charged for what this study abroad course in which I did not attend one time, however, everytime I tried to cease the payments, the more the school would

fine me on bogus citations. This is when the reality set in that the schools were not really interested in education, however, maybe only the education on how to *score* a client into a oral contract or by other means of intercourse. All what me know regarding the law and various skills are learned from other outside means such as membership with Lexis group, all that money for the college was worthless, only membership to some study abroad program in which I was never interested in, I really wanted to know the law, not that aspect of law of their civil society, in addition, because of this I am deemed useless. Even though someday in the future I would love to have access to the market, I don't want to pay for the membership by the method in which most about this region either require or strongly encourage, thus far, I haven't heard of any that respect others beliefs. I still have trouble digesting the fact that these brothers et al., business was chosen over me education when they were not even students, however, I can only assume their services were cheap as from other vendors. As for now, me prospects of completing me education are dashed. I will never be able to finish with how these folk operate as long as the parties in the State case are able to continue the treatment in which they inflict and as long as the perception of me as chattel ensues. This is what I face when I try and get a job. The same exact thing occurs, because of the constant monitoring and surveilling, when I try and get a job, the perpetrators with the help of some court officials, Raycom & Cox they set up contracts to get cliental for the vendors they endorse and I am used as collateral and payment. This has been me reality since 2004. Until I find an escape, this will be me condition for some time to come and thus far the perpetrators have impunity from any liability.

    I have further realized upon more research in why me stay constipated is because of the opiates the sedation. It is well established that opiates cause constipation, and I have never had such problems. According to *Dr. Sander*, *"Dealing With Troublesome Side Effects,"* [paraphrase: discusses the side effects of opiate use in which causes constipation] Art, A, Sect. 2, http://www.opiods.com/opiates/index.html 2010. I constantly have to take laxatives to have a bile movement. I have found that natural prune juice works pretty well. Mr. Conrad, this is how bad things are that these people don't even care about the physical damage being done just as long as one of their constituents or colleagues get access to Ale Oil repairman, or merchants. It is just terrible that a person is forced to suffer this way, this is very deploring. I am constantly in pain from the defloration penetration, in addition, the constipation makes it worse, however, they refuse to stop.

    In addition, you should know that the brothers representatives are saying that I am using illegal drugs, referring to the U.S. District Court as an illegal drug, and that I am abusing alcohol stating that I am abusing alcohol stating that in their interpretation that this Court is a toxin, in addition, the use thereof can hurt the self, as for stating that they are apart of me body in which this Court can cause them to loose control of their practice and acts. By this charge, they will more than likely hold an ab sentia hearing and charge me. By defending meself against the charge, it is prudent to state that sense they call this Court a drug or illegal charge, it must be dismissed because the charge is baseless. **Rule § 12(b)(6) of Fed. Civ. Proc.** is so warranted due to the fact that the brothers have failed to state a claim in which relief can be granted, further conflict of law. In order for choice of law to be affective, both parties must agree, if not, the General law applies which is federal law. I do not agree with their interpretation. Further, **Rule § 3 of Fed. Civ. Proc.**, gives me the right to use this alcohol for relief regarding their interpretation. By them further stating that this instrument is a pot bong, the claim is further baseless due to the fact that according to **Rule § 4 of Fed. Civ. Proc.**, paraphernalia is so authorized to use according to their interpretation sense they call the content of a complaint or pleading pot or rock cocaine, because the law of the issues are existing. The only interpretation I can get out of what the charges are is that they are saying that the claims I so pursue within this Court are non-existent, so they deem them unauthorized contraband. Even though it sounds absurd, they really do fine you, as with me, further reason for them

to restrain me onto the meretrix mattress by sedation in which the defloration occurs for their compensation. Further, I have the right to defend meself due to the fact according to their interpretation of calling the action narcotics, I have the right to give meself relief, in addition, because they say they are apart of me body as organs or limbs, well..., these parts or causing me extreme pain and I have the right to relief. They also are saying that this Court is assisting me with committing suicide. Saying that you and the Court are the physicians and that the defendants in the issue so commenced are me body as well, in addition, that this Court is helping me to kill meself. However, according to the *Patient's Bill Of Rights (PBR)*, I have a right to access care. Further, since they have hopped to this interpretation, according to federal law, in addition, since they call the action suicide, this treatment is covered and provided for according to **42 USC 1983** because since they deem defendants apart of me body, they are causing me to be terminally ill. The only sustaining treatment Raycom & Cox etc., can provide is giving the defendants et al., immunity..., how is it benefiting me if there is no change regarding the pain they bring, or since they are me organs, the organs bring. Further, **PBR** grants me the right to die according to their interpretation according to **Rule § 3 Fed. Civ. Proc., & 42 USC 1983.** This is why I believe they insist on the ab sentia hearings in the Military Courts because I can mount a defense to whatever they bring. Thus far, because the Military Courts deny me access to care (access to the courts) is the cause of why I suffer so grossly to this day, and the defloration continues because they'd rather preserve the habituates who glutton on the jelly *rolls*, *powdered* or *crystal* glazed donuts, and sweeten *tea* or Afghan *cheese*. It is pure discrimination because me species are singled out as useless, and because of non-dependency incapable of being driven or controlled. Note, I have no issue with the use of the foods and luxuries so stipulated, I would love to someday enjoy the privilege, however, I don't want to gain such use by being required to behave wantonly, or poule quean. I understand that some folk may need to take on such occupations to sustain themselves, in addition, I do believe it should be their choice, however, I don't care or want to behave that way, and nor should I be required and because I refuse, I am restrained against me will onto a meretrix or poule mattress and deflorated by sedation against me will. It just isn't right or just, however, I am deemed defective, disabled, retarded, incompetent, and useless by such groups because of me beliefs of non participation. Even if such institutions such as the Town of Gastonia, Mt. Holly or even the Belmont Abbey College may claim that they have the right to abort me as for Belmont Abbey claiming that I am deemed an unwanted pregnancy, or saying that because of me beliefs I am a threat to the life of the carrier being that of the institutions so named because of me beliefs, and because I am deemed unwanted and a threat that they have a right to form a caucus and arbitrarily vote to fail me or flunk me out (or according to their interpretation abort me), not grading me on my comprehension of the literal subject of the academic subject, however, grading me on the participation of their way of life that being as for such programs as the study abroad program so demonstrated herein. This denies me the right of education, the right of *pursuit of happiness*, in addition, the *right to work* is violated by such entities due to the fact, a person cannot be forced to join a union (another sense of the word union is society) in order to receive employment. Note that in order for me to receive a law degree to work as an attorney, I am required to have a law degree and it is denied me because of me belief, my *right of association* as well as *freedom of religion* is violated because I have the right to refrain from such societies because our values differ. Note I didn't say the right to abuse such. I am strictly setting out the facts and law as for this aspect of interpretation on the subjects, however, I know that such entities as Raycom & Cox, will rephrase their constituents claims by using the same words, however, using additional senses stating additional claims after the fact that was not presented afore, or improper joinder being that the claims do not arise from the same transactions or occurrences. In other words it turns out to be harassment and endless litigation because issues are meant to resolved and parties made whole, but

because of the practice of the Military Courts, litigation is endless, not by impasse, however, through commencing claim after claim of attempts to justify this unjust behavior that so ensues. The Military Court files numerous of charges every single day as for cause of the sedation and defloration, it seems to never end, such claims as I have set out regarding calling this action illegal drug use etc. As stated, it may sound absurd and farfetched, however, they are really fining me. This is the reality within this region. Also, if Raycom & Cox Media et al., believes that the action is illegal drug use etc., then what they are doing using the Military Courts is illegal because according to their interpretation they are using a drug and paraphernalia to commence their action of these baseless charges. Plus, they use actual medications to sedate me while the defloration ensues to get what they deem is their just compensation. So why can they use such drugs, but for people like me it is illegal? Double standard, in addition, again discrimination.

      I am living in complete hell and if this ever ends, I will have memories that I don't want to have, however, as stated, I'll never be the same, and I know that trust will be hard to establish because I will ever fear of being involuntarily medicated and deflorated things I never use to have to worry about not ever. I now fear people that much, in addition, this reality of helplessness, of not being respected when I say no that I don't want to be touched that way and me rights and wishes just ignored. Not having the power or choice of choosing who can and who can't touch me is overwelming and I feel worthless and degraded, just plan helpless and hopeless. Also, note that I would have completed pre-law in Spring of 2009, however, completion of law school as stated will not happen because of these folk skewed view of what they believe they have the right to do to another person such as the ownership of what they deem as chattel.

## How To Navigate Riverbend Tattle Tale Site:

      When reading Afghan reports, North Carolina is Afghan, Bamian Province is Riverbend Area of Gaston County, Kabul is Mt. Holly, Kandahar is Gastonia and Herat is Charlotte. Sadats are in reference one segment of Black Clans of Riverbend, in addition, the Hazaras are referred to another segment of Black clans of Riverbend. The Tajiks usually is meant for the Clergy of Mt. Holly and Gastonia.

      Respectfully delivered this the **19**th, day of **January 2010**.