O'marr S. Reid
Legal Specialist
1513 Old Hwy 27
Mt. Holly, North Carolina
28120

U.S. POSTAGE PAID
MOUNT HOLLY, NC
28120
JAN 19, '10
AMOUNT
$0.44
00066495-03

1000
28202

Attn: Hon. J. Conrad
Rm. 210 Charles Jonas Building
401 W. Trade St.
Charlotte, North Carolina
28202