# United States District Court
## For The Western District of North Carolina
## Charlotte Division

O'Marr S. Reid,

    Plaintiff,

vs.

State of North Carolina and
Robin E. Hudson,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:09-cv-541-RJC

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2010 Order.

Signed: March 8, 2010

Frank G. Johns, Clerk
United States District Court